**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**(KANSAS CITY DIVISION)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff,            )<br>                        )   No. 14-20109-01-JAR<br>v.                      )<br>                        )<br>**KATHLEEN STEGMAN,**        )<br>                        )<br>Defendant.              ) | |

### DEFENDANT KATHLEEN STEGMAN'S MOTION TO CONTINUE SENTENCING

Defendant Kathleen Stegman ("Stegman"), by and through her counsel, Justin K. Gelfand and Sara G. Neill and their law firm Capes, Sokol, Goodman & Sarachan, P.C., respectfully requests that this Court grant a short continuance of the sentencing hearing in this matter.

Yesterday, this Court granted Stegman's motion for judgment of acquittal on the two remaining corporate tax evasion counts of conviction pursuant to Federal Rule of Criminal Procedure 29. (Doc. 238.) At trial, Stegman was acquitted of one corporate tax evasion count and of a *Klein*-type conspiracy count. Thus, as it stands, Stegman is being sentenced on two individual tax evasion counts for tax years 2007 and 2008. This morning, the Probation Office filed a revised Presentence Investigation Report ("PSR") in light of the changed circumstances. The prior iterations of the PSR were filed before this Court's judgment of acquittal was entered and anticipated sentencing on two individual tax evasion counts and two corporate tax evasion counts. Likewise, the parties filed their objections and responses to the prior iteration of the PSR for the Probation Office's administrative consideration of the issues.

The developments in this case over the past two days have substantial ramifications for sentencing in Stegman's view. As such, Stegman is seeking a short continuance (*e.g.* 3-5 weeks

depending on availability of the Court and the parties) so as to have sufficient time to evaluate the legal implications, to file objections to the revised PSR as anticipated by Federal Rule of Criminal Procedure 32 (technically requiring disclosure of the PSR to the defendant at least 35 days before sentencing unless waived by the defendant, technically providing 14 days to state objections to the provisions of the PSR, and technically requiring the final PSR to be served on the parties and the Court at least 7 days before sentencing).  In filing this motion for a brief continuance, Stegman is simply seeking to protect her rights at the sentencing stage of this proceeding in light of legally-significant developments that transpired over the past two days.

WHEREFORE, Stegman respectfully requests that this Court grant a short continuance of the sentencing in this case based on the recent developments.

Respectfully submitted,

*/s/ JUSTIN K. GELFAND*
JUSTIN K. GELFAND
ATTORNEY FOR STEGMAN
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 505-5404
Facsimile: (314) 505-5405
gelfand@capessokol.com

*/s/ SARA G. NEILL*
SARA G. NEILL
ATTORNEY FOR STEGMAN
7701 Forsyth Blvd., 12th Floor
St. Louis, MO 63105
Telephone: (314) 505-5418
Facsimile: (314) 505-5419
neill@capessokol.com

<u>**Certificate of Service**</u>

I hereby certify that I filed the foregoing through the Court's CM/ECF system on this 21st day of September, 2016 which will provide notice of filing to all counsel of record.

    */s/ SARA G. NEILL*
    SARA G. NEILL
    ATTORNEY FOR STEGMAN
    7701 Forsyth Blvd., 12th Floor
    St. Louis, MO 63105
    Telephone: (314) 505-5418
    Facsimile: (314) 505-5419
    neill@capessokol.com